# IN THE UNITED STATES COURT OF APPEAL
# FOR THE FOURTH CIRCUIT
# DOCKET NO. 23-4359

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | ) MOTION TO WITHDRAW |
| | )     AND SUBSTITUTE |
| | )         COUNSEL |
| | ) |
| **SHAMEL NESBITT** | ) |
|     Defendant | ) |

Undersigned counsel moves to withdraw as appointed counsel and substitute new counsel. In support of this motion, undersigned counsel shows the following:

1. The Court appointed undersigned counsel to represent Defendant in the above-captioned case.

2. Undersigned counsel is taking a leave of absence to address some medical issues.

3. Undersigned counsel will notify Mr. Ingram of his intention to withdraw.

4. Undersigned counsel moves to substitute Edward Eldred, an attorney in the same law firm who has entered an appearance as associate counsel.

WHEREFORE, counsel respectfully requests that this Court allow the undersigned counsel to withdraw as counsel and substitute Edward Eldred.

This the 8th day of November, 2023.

/s/ Thomas K Maher
Thomas K. Maher
Law Offices of Amos Tyndall
202 B South Greensboro Street
Carrboro, NC 27510
919-967-0504
tmaher@amostyndall.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion to Withdraw and Substitute Counsel on the following using the CM/ECF system:

John L. Gibbons
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
John.Gibbons@usdoj.gov

This the 8th day of November, 2023.

/s/ Thomas K. Maher
Counsel for Appellant